UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Timothy Lee,

                Defendant.

7:21-MJ-4640(MRG)

**JUDGMENT**

---

The issues in the above-entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on November 10, 2021, accepted the Defendant's plea of guilty to the charge of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, in full satisfaction of the Misdemeanor Complaint filed on April 30, 2021, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Timothy Lee is sentenced to:

(1) A fine in the amount of $750.00 with time to pay White Plains by December 28, 2021, or appear on December 29, 2021, at 9:00 AM to explain why the fine has not been paid; and

(2) Six (6) month revocation of New York State driving privileges.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge